FILED

10/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0384

## IN THE SUPREME COURT FOR THE STATE OF MONTANA

### No. DA 21-0384

IN THE MATTER OF:

J.S.,

    Youth In Need Of Care.

## ORDER

Upon consideration of Father and Appellant's Motion For Extension Of Time (First), and with good cause shown, Father and Appellant C.G. is hereby granted an extension of time until November 5, 2021 in which to prepare, file and serve Father and Appellant's opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 1 2021